# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **ED CV 17-00787-RGK (SKx)** | Date | May 11, 2017 |
|---|---|---|---|
| Title | ***ROCKY GOUKER, et al v. PLASTIPAK PACKAGING, INC.*** | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Sharon L. Williams (not present) | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     **(IN CHAMBERS) ORDER REMANDING CIVIL ACTION TO SUPERIOR COURT**

    This is Defendant's second removal of the action on the same grounds. Upon review of Defendant's Notice of Removal it appears that the second removal is not based on newly acquired facts or changed circumstances. Therefore, Court remands this action to state court for all further proceedings.

    **IT IS SO ORDERED.**

                                                                                  _____ : _____

                                                                     Initials of Preparer